IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CV-183-D

| | |
|---|---|
| CEDRIC HOLLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR ATTORNEY FEES** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a supplemental petition for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (E.A.J.A.), on August 19, 2010, requesting $5,469.82 in fees and $61.00 in costs. Thereafter, the parties jointly filed a Stipulated Consent Motion noting that the parties had agreed to settle the E.A.J.A. claim for $5,000 in fees and $61.00 in costs. Further, as jointly stipulated, provided the award to plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address in accordance with the assignment of fees that was attached to the original petition for fees filed on April 15, 2010.

Accordingly, the Court hereby directs the defendant to pay plaintiff $5,000 in fees and $61.00 in costs, and directs that this case be closed.

SO ORDERED this **27** day of **August**, 2010.

JUDGE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE